HILDA STAPLEY, Respondent, v. ARTHUR ALDRICH, Appellant.— Judgment affirmed, with costs. See *per curiam* memorandum in the case of *Stapley v. Aldrich,* decided herewith (*ante,* p. 866). All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MINERVA SAUERBIER, as Administratrix, etc., of DEVILLO SAUERBIER, Deceased, Respondent, v. ELMER ZEH and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LEROY E. HEIBECK, Appellant, v. WILLIAM H. HESS, Respondent.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal on the facts. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE'S STATE BANK OF EAST RANDOLPH, Respondent, v. WILLIAM P. HALE, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Application of STEWART S. PIERCE and ADOLPH M. ANDERSON, Respondents, for an Order of Mandamus against HERMAN L. STEFFEN, Mayor, and JOHN PAYNE and Others, Trustees, of the Village of Fairport, Monroe County, N. Y., Appellants.— Orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HAZEL SIPPLE, Respondent, v. ROCHESTER RAILWAYS CO-ORDINATED BUS LINES, INCORPORATED, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the finding of the jury that the plaintiff was free from contributory negligence was against the weight of the evidence. (See *Shirley v. Larkin,* 239 N. Y. 94.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

LOUIS GIBAUD, Respondent, v. MONROE WAREHOUSE COMPANY, INCORPORATED, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ROBERT T. HEADLEY, Respondent, v. CLEMENT FORD and Others, Doing Business under the Firm Name and Style of TUCKER, ANTHONY & COMPANY, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ARTHUR B. HEADLEY, Respondent, v. CLEMENT FORD and Others, Doing Business under the Firm Name and Style of TUCKER, ANTHONY & COMPANY, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOSEPH BLEIER, Respondent, v. EVA MAE BLEIER, Appellant.— Appeal dismissed unless appellant shall be ready for argument on May fifth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.